UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BLAKE JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAMELA BLAKE,<br><br>　　　　Defendant. | **13-cv-1045 AWI GSA**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO SEND PLAINTIFF A PRISONER IN FORMA PAUPERIS APPLICATION**<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE WITHIN 45 DAYS** |

　　　Plaintiff is a state prisoner proceeding pro se in this civil action. However, Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　In addition, a cursory review of Plaintiff's complaint reveals that Plaintiff is bringing this civil action against Pamela Blake, a group home manager for California Mentor. He is alleging state law claims for assault, as well as other state law claims. (Doc. 1). Plaintiff is advised that this Court is one of limited jurisdiction. Federal courts can adjudicate only those cases in which the United States Constitution and Congress authorize them to adjudicate which are essentially

1

those cases involving diversity of citizenship (in which the matter in controversy exceeds the sum or value of $75,000 <u>and</u> is between citizens of <u>different</u> states), or a federal question, or to which the United States is a party.  28 U.S.C. §§ 1331 and 1332; <u>See also</u>, <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994); <u>Finley v. United States</u>, 490 U.S. 545, 109 S.Ct. 2003, 2008 (1989).

Here, since all of the parties are residents of California and the United States is not a party, the only way this Court's jurisdiction is proper is if Plaintiff is able to state a claim under federal law.  It appears that Plaintiff has filed his case in the wrong forum as he has only alleged state law claims.  This Court will screen Plaintiff's complaint if Plaintiff wishes to pursue his case in this Court, however, he is advised that it is likely that the complaint will be dismissed for lack of jurisdiction.  If Plaintiff's wants to proceed in this jurisdiction, he must either submit an in forma pauperis application or pay the $400.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

///

///

///

///

///

2

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: __**July 16, 2013**__  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

3